IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.I.L.R., *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>Jeh JOHNSON, Secretary of the Department of Homeland Security, in his official capacity, *et al.*<br><br>*Defendants.* | Civil Action No. _____ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

The Court has considered the parties' briefing, evidence, and arguments as well as the authorities cited in support of their positions. Upon due consideration, the Court hereby GRANTS Plaintiffs' Motion for a Preliminary Injunction. Defendants and their agents, employees, assigns, and all those acting in concert with them are enjoined as follows:

1. Defendants shall provide all current and future class members with an individualized custody determination in which an appropriate officer assesses whether the class member poses a flight risk or danger that requires his or her detention, or whether the class member can be released on recognizance, bond, or other conditions of supervision. Defendants may not detain class members for the purpose of deterring

future migrants from traveling to the United States or consider deterrence of such migration as a factor in the custody determination.

2. Defendants shall provide class members detained as of the date of this Order (hereinafter, "current class members") with a new custody determination that meets the requirements set forth in ¶ 1 within fourteen (14) days of this Order. Defendants will also provide current class members with a notice summarizing the requirements of this Order and serve that notice on class counsel. Defendants will issue this notice as promptly as practicable, and in any event no later than seven (7) days after this Order. The new custody determination is without prejudice to the availability of any further administrative reviews.

3. All custody determinations provided pursuant to this Order will be memorialized on a Form I-286, Notice of Custody Determination and provided to each class member. Defendants shall provide class counsel with a copy of the custody determination upon request.

4. Prior to providing the custody determinations required by this Order, Defendants will issue instructions to all U.S. Immigration and Customs Enforcement ("ICE") officers conducting such determinations that inform them of the requirements of this Order. Defendants will issue these instructions as promptly as practicable, and in any event no later than seven (7) days of this Order. Defendants will serve a copy of these instructions to class counsel at the same time that it provides them to the relevant ICE officers.

5. Within thirty (30) days of this Order, Defendants shall submit under seal (and serve on class counsel) a status report describing the steps taken to timely identify all current and future class members and ensure that they receive custody determination as

required by this Order. In that report, Defendants shall submit a list containing each current class member's name, alien number, nationality, date of birth, detention facility, the date of his or her custody determination, and the outcome of his or her custody determination, including the amount of any bond set or any conditions of supervision imposed.

6.      Defendants shall provide a supplemental report every sixty (60) days thereafter, updated to include the same information for all class members in detention as of the date of the prior report.

7.      Finally, if, notwithstanding the terms of this Order, Defendants determine that an individual is not a class member even though that individual (a) is detained in an ICE family detention facility; (b) has been determined to have a credible fear of persecution in his or her home country, *see* 8 U.S.C. § 1225(B)(v), § 1158; 8 C.F.R. § 208.13; (c) is eligible for release on bond, recognizance, or other conditions, pursuant to 8 U.S.C. § 1226(a)(2) and 8 C.F.R. § 1236.1(8), but (d) has been denied such release pursuant to DHS's blanket policy of denying release to detained families without conducting an individualized determination of flight risk or danger to the community, Defendants shall notify class counsel of that individual's circumstances and the reason they believe that individual is not a class member.

_____
United States District Court Judge

Date: