## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| R.I.L.R., *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>Jeh JOHNSON, Secretary of the Department of Homeland Security, in his official capacity, *et al.*<br><br>*Defendants.* | Civil Action No. 1:15-cv-00011 (JEB) |

## AMENDED MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs R.I.L.R., J.L.S., K.L.S., Z.M.R., J.L.P.M., W.M.C., C.M.A.C., G.A.P.C., G.C.R., and J.A.R. hereby move, on behalf of themselves and a class of similarly situated individuals, for a preliminary injunction to enjoin Defendants Jeh Johnson, sued in his official capacity as the Secretary of the Department of Homeland Security ("DHS"); Sarah R. Saldaña, sued in her official capacity as Assistant Secretary for Immigration and Customs Enforcement ("ICE")[1]; and Philip T. Miller, sued in his official capacity as ICE Director of Field Operations for Enforcement and Removal Operations, from continuing to apply and implement their blanket policy of denying release to Central American mothers and children

---

[1] When Plaintiffs first lodged their complaint on December 16, 2014, they named ICE's Principal Deputy Assistant Secretary Thomas S. Winkowski as a defendant in his official capacity, in the absence of an Assistant Secretary responsible for ICE. Later that day, the Senate confirmed Ms. Saldaña as Assistant Secretary. She is accordingly substituted into this action pursuant to Fed. R. Civ. P. 25(d).

with *bona fide* asylum claims and who are held at a family detention center for the purpose of deterring the future migration of others, regardless of their flight risk or danger to the public, and without an individualized custody determination (the "No-Release Policy").

The No-Release Policy is unlawful agency action and should be set aside under the Administrative Procedure Act, the Immigration and Nationality Act and its implementing regulations, and the Fifth Amendment to the United States Constitution, as further explained in the accompanying Memorandum.  A preliminary injunction is warranted to prevent severe and irreparable harm to Plaintiffs, and to many others similarly situated who are, or will soon be, subject to the illegal and harmful No-Release Policy.

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum, declarations, and exhibits.  A proposed order is attached for the Court's convenience.

## REQUEST FOR EXPEDITION PURSUANT TO LOCAL RULE 65.1(d)

Pursuant to Local Rule 65.1(d), Plaintiffs respectfully request that the Court schedule a hearing on this motion for a preliminary injunction within 21 days of the date of this filing.  As further explained in the accompanying Memorandum, expedition is warranted because every day that Plaintiffs and others in their position spend in unnecessary detention adds to and compounds the irreparable harm they suffer, including the trauma experienced by young children.

## STATEMENT PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), Plaintiffs' counsel conferred with Defendants' counsel to determine if Defendants would consent to the relief requested in this motion.  Defendants informed Plaintiffs that they do not consent.

Dated: January 8, 2015

Respectfully submitted,

Judy Rabinovitz
Michael K.T. Tan
Anand V. Balakrishnan
Lindsay Nash
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2618

Stephen B. Kang
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0783

Witold J. Walczak
ACLU OF PENNSYLVANIA
313 Atwood Street
Pittsburgh, PA 15213
(412) 681-7864

Denise Gilman
IMMIGRATION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 E. Dean Keeton St.
Austin, TX 78705
(512) 232-1292

Dennis B. Auerbach (D.C. Bar No. 418982)
David M. Zionts (D.C. Bar. No. 995170)
Philip Levitz (D.C. Bar No. 1018430)
Sonia Lahr-Pastor*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001–4956
(202) 662-6000

Arthur B. Spitzer (D.C. Bar. No. 235960)
AMERICAN CIVIL LIBERTIES UNION OF THE
NATION'S CAPITAL
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
(202) 457-0800

Molly Tack-Hooper
ACLU OF PENNSYLVANIA
P.O. Box 40008
Philadelphia, PA 19106
(215) 592-1513 x 113

Adriana Piñon
Rebecca L. Robertson
ACLU OF TEXAS
1500 McGowen Street, Suite 250
Houston, Texas 77004
(713) 942-8146

*Admitted to the Bar of the Commonwealth of
Pennsylvania, admission to the Bar of the
District of Columbia pending, and supervised
by the principals of the firm.