IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.I.L.R., *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>Jeh JOHNSON, Secretary of the Department of Homeland Security, in his official capacity, *et al.*<br><br>*Defendants.* | Civil Action No. 1:15-cv-00011 (JEB) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS G.C.R. AND J.A.R.'S UNOPPOSED MOTION TO PROCEED ANONYMOUSLY AND TO FILE SUPPORTING EXHIBITS UNDER SEAL

Upon consideration of Plaintiffs G.C.R. and J.A.R.'s Motion to Proceed Anonymously and to File Supporting Exhibits Under Seal and the supporting Memorandum of Points and Authorities, and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that:

1. Plaintiffs G.C.R. and J.A.R. may file all court papers under their initials;

2. Plaintiffs G.C.R. and J.A.R. may file the exhibits supporting their motion under seal; and

3. Defendants are prohibited from publicly disclosing Plaintiffs G.C.R. and J.A.R.'s identities or any personal identifying information that could lead to public identification of Plaintiffs G.C.R. and J.A.R.

_____
United States District Court Judge
J. Boasberg

Date: 1-9-15