IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.I.L.R., *et al.*, on behalf of themselves and others similarly situated,<br><br>      *Plaintiffs,*<br><br>      *v.*<br><br>Jeh JOHNSON, Secretary of the Department of Homeland Security, in his official capacity, *et al.*<br><br>      *Defendants.* | Civil Action No. 1:15-cv-00011 (JEB) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs respectfully request leave to file a short sur-reply for one purpose: to respond to DHS's incorrect and improper allegation, repeated five times in its latest brief (ECF No. 29), that Plaintiffs' counsel "have made a misrepresentation to this Court." Defs.' Reply In Support Of Mot. to Dism. at 17 ("DHS Reply Br."); *see also id.* at 17, 18 & n.9.

According to DHS, we have made "misrepresentations" in "both" of our briefs: not just our reply brief in support of the preliminary injunction ("PI") motion and in opposition to the motion to dismiss, but also in our opening PI brief. DHS Reply Br. at 17-18 & n.9. DHS responded to that opening brief, but chose not to point out this alleged "misrepresentation," or even to address the Supreme Court cases on which it is purportedly based. At the PI hearing, DHS for the first time argued to the Court that these cases are not good law, but did not allege or suggest that Plaintiffs had made "misrepresentations" in discussing those cases. Instead, DHS

waited until after we filed our PI reply, and after oral argument, to level with the Court the serious and unfounded charge that our argument is not just incorrect, but a "misrepresentation." This allegation should not have been made at all, but it certainly should not have been made at the very end of the briefing. We respectfully request the opportunity to file the short sur-reply attached as Exhibit A to respond to DHS's belated and unfounded accusation.[1]

### STATEMENT PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), Plaintiffs' counsel conferred with Defendants' counsel to determine if Defendants would consent to the relief requested in this motion. Defendants informed Plaintiffs that they oppose Plaintiffs' motion.

---

[1] DHS states that it "notified Plaintiffs' counsel of the misrepresentation over e-mail." DHS Reply Br. at 18 n.9. In fact, the e-mail in question did not state that Plaintiffs had made any misrepresentation about *Shaughnessy v. Pedreiro*, 349 U.S. 48 (1955). We read the e-mail as suggesting only that our statements concerning *Brownell v. Tom We Shung*, 352 U.S. 180 (1956), were incorrect because footnote 21 of our opening brief (explaining the abrogation of the specific result in *Pedreiro*) did not specifically mention *Brownell*. As DHS notes, we have amended that footnote to ensure that there is no confusion on that score.

| | |
|---|---|
| Dated: February 10, 2015 | Respectfully submitted, |
| | /s/ Dennis B. Auerbach |
| Judy Rabinovitz | Dennis B. Auerbach (D.C. Bar No. 418982) |
| Michael K.T. Tan | David M. Zionts (D.C. Bar. No. 995170) |
| Anand V. Balakrishnan | Philip Levitz (D.C. Bar No. 1018430) |
| Lindsay Nash | Sonia Lahr-Pastor* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, IMMIGRANTS' RIGHTS PROJECT | COVINGTON & BURLING LLP One CityCenter |
| 125 Broad Street, 18th Floor | 850 Tenth St., N.W. |
| New York, NY 10004 | Washington, D.C. 20001–4956 |
| (212) 549-2618 | (202) 662-6000 |
| Stephen B. Kang | Arthur B. Spitzer (D.C. Bar. No. 235960) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, IMMIGRANTS' RIGHTS PROJECT | AMERICAN CIVIL LIBERTIES UNION OF THE NATION'S CAPITAL |
| 39 Drumm Street | 4301 Connecticut Avenue, N.W., Suite 434 |
| San Francisco, CA 94111 | Washington, D.C. 20008 |
| (415) 343-0783 | (202) 457-0800 |
| Witold J. Walczak | Molly Tack-Hooper |
| ACLU OF PENNSYLVANIA | ACLU OF PENNSYLVANIA |
| 313 Atwood Street | P.O. Box 40008 |
| Pittsburgh, PA 15213 | Philadelphia, PA 19106 |
| (412) 681-7864 | (215) 592-1513 x 113 |
| Denise Gilman | Adriana Piñon |
| IMMIGRATION CLINIC | Rebecca L. Robertson |
| UNIVERSITY OF TEXAS SCHOOL OF LAW | ACLU OF TEXAS |
| 727 E. Dean Keeton St. | 1500 McGowen Street, Suite 250 |
| Austin, TX 78705 | Houston, Texas 77004 |
| (512) 232-1292 | (713) 942-8146 |

*Admitted to the Bar of the Commonwealth of Pennsylvania, admission to the Bar of the District of Columbia pending, and supervised by the principals of the firm.

CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2015, I electronically transmitted the attached motion and exhibit using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

Dated: February 10, 2015                      /s/ Dennis B. Auerbach

                                              Dennis B. Auerbach (D.C. Bar No. 418982)
                                              COVINGTON & BURLING LLP
                                              One CityCenter
                                              850 Tenth St., N.W.
                                              Washington, D.C.  20001–4956
                                              (202) 662-6000