UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| R.I.L.R., *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEH JOHNSON, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15-00011-JEB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' CONSENT MOTION FOR CONTINUANCE
OF THE MARCH 6, 2015 STATUS HEARING**

Defendants Jeh Johnson, Secretary of Homeland Security, Sarah R. Saldaña, Director, United States Immigration and Customs Enforcement, and Philip T. Miller, U.S. Immigration and Customs Enforcement Assistant Director of Field Operations for Enforcement and Removal Operations ("Defendants" or the "Government"), by and through undersigned counsel, respectfully move for a continuance of the status conference scheduled for March 6, 2015, at 10:00 a.m. The reason for this request is that counsel for Defendants is unavailable on that date and time.

Pursuant to Local Civil Rule 16.1(b), undersigned counsel states that they have provided notice to Plaintiffs of this request. Pursuant to Local Civil Rule 7(m), undersigned counsel have conferred with counsel for Plaintiffs and counsel for Plaintiffs' consent to the relief requested. Additionally, after conferring with Plaintiffs, counsel for Defendants respectfully inform the Court that the afternoon of Monday, March 9, 2015, all day Tuesday, March 10, 2015, and all day Thursday, March 12, 2015, are available for rescheduling of the status conference.

WHEREFORE, Defendants respectfully request that the Court continue and reschedule the hearing currently calendared for Friday, March 6, 2015, at 10:00 a.m., for either the afternoon of March 9, 2015, or any time on March 10, 2015 or March 12, 2015.  Because of the multiple proposed dates, no proposed order is attached, but undersigned counsel will provide one with the Court's preferred date should the Court request one.

| | |
|---|---|
| Dated:  February 26, 2015 | Respectfully submitted, |
| RONALD C. MACHEN JR. | JOYCE R. BRANDA |
| D.C. BAR # 447889 | Acting Assistant Attorney General |
| United States Attorney for | Civil Division |
|   the District of Columbia | |
| | LEON FRESCO |
| DANIEL F. VAN HORN | Deputy Assistant Attorney General |
| Chief, Civil Division | Civil Division |
| D.C. Bar #924092 | |
| | WILLIAM C. PEACHEY |
| BY: /s/ *Wynne P. Kelly* | Director, District Court Section |
| WYNNE P. KELLY | Office of Immigration Litigation |
| Assistant United States Attorney | |
| 555 Fourth St., N.W. | WILLIAM C. SILVIS |
| Washington, D.C.  20530 | Assistant Director, District Court Section |
| Wynne.Kelly@usdoj.gov | Office of Immigration Litigation |
| Phone: (202) 252-2545 | |
| | BY: /s/ *Sarah B. Fabian* |
| | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| | District Court Section |
| | Office of Immigration Litigation |
| | Civil Division, U.S. Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, D.C.  20044 |
| | Phone: (202) 532-4824 |
| | Fax: (202) 616-8962 |
| | Sarah.B.Fabian@usdoj.gov |
| | |
| | Attorneys for Defendants |