EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.I.L.-R., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEH JOHNSON, Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 15-0011-JEB |

## DECLARATION OF STEPHEN M. ANTKOWIAK

Pursuant to 28 U.S.C. § 1746, I, Stephen M. Antkowiak, do hereby declare:

1.  I am the Unit Chief of Juvenile and Family Residential Management Unit (JFRMU), Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE) in Washington, D.C.  I joined JFRMU in February 2009 and have served as Unit Chief since April 2011.

2.  I have a Bachelor's Degree in Criminology/Criminal Justice from the University of Maryland at College Park.

3.  Prior to joining ICE, from September 2005 until February 2009, I worked for the U.S. Department of Justice's Office of Juvenile Justice and Delinquency Programs working to improve outcomes for at-risk youth and those involved in the juvenile justice and child welfare systems and to integrate substance abuse treatment into the family dependency court and the juvenile justice system.

4.  As Chief of JFRMU, I oversee and direct the management of the ICE Family Residential Program for family groups who come into ICE/ERO custody.  As part of my management and oversight responsibilities, I periodically travel to the ICE Family Residential Centers (FRC) and am familiar with the features of the FRCs.  The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

### I.    *Karnes Family Residential Center, at Karnes City, Texas*

5.    Karnes Family Residential Center (KFRC) opened July 31, 2014, and is a 532 bed facility. The two-story housing suites open onto an outdoor recreation area. Attached hereto as Exhibit 1 is a photograph of the exterior of the housing suites and the outdoor recreation area.

6.    Upon arrival at KFRC the family groups are oriented in the intake room, which features seating for incoming families and a refrigerator stocked with beverages and snacks. Attached hereto as Exhibit 2 is a photograph of the intake area.

7.    Families may select their own non-institutional clothing free of charge to wear at KFRC or wear the clothing they brought with them. Attached hereto as Exhibit 3 is a photograph of the clothing storage room.

8.    Each KFRC housing suite contains six beds to accommodate one or more families depending on the size of the family group. Attached hereto as Exhibit 4 is a photograph of the sleeping area of the housing suite.

9.    For each two KFRC housing suites, there is an indoor day room, which features a flat-screen television, access to telephones, a refrigerator with snacks and beverages, and playpens and toys for the residents of those two suites. Attached hereto as Exhibit 5 is a photograph of a day room.

10.    KFRC outdoor recreation facility features the sports and soccer field and several play areas with jungle gyms and slides for younger children. Attached hereto as Exhibit 6 and 7 are photographs of the soccer field and play areas.

11.    KFRC provides education by state-licensed teachers to all school-age children. The classroom ratio is one teacher to 20 students. Attached hereto as Exhibit 8 is a photograph of a KFRC classroom.

12.    KFRC features both recreational and law library services to residents. Attached hereto as Exhibit 9 is a photograph of the recreational library with play areas for the children.

13.    KFRC has medical, dental and social services available for all residents. Attached hereto as Exhibit 10 and 11 are photographs of the dental examining rooms.

14. KFRC serves three meals per day in its dining room. The menus are approved by a dietician. Healthy snacks and beverages are available 24 hours per day. Attached hereto as Exhibit 12 and 13 are photographs of the unlimited salad bar and snack refrigerator.

## II.    *The South Texas Family Residential Center, at Dilley, Texas*

15. The South Texas Family Residential Center (STFRC), Phase 1, opened on December 18, 2014, and currently has 480 beds. The following descriptions and photographs depict the Phase 1 facilities; Phase 2 of the STFRC development is scheduled to open by the second quarter of FY 2015.

16. STFRC is designed as an open planned community with freestanding, multiple-family housing units located adjacent to school, library, dining and health facilities. Attached hereto as Exhibits 14 and 15 are photographs of the exterior of the housing units.

17. A typical STFRC housing unit consists of two bedrooms of four family beds each and can accommodate one or more families depending on the size of the family group. For families with infants, a crib and nursing space is substituted for a bunk bed. Attached hereto as Exhibits 16 and 17 are photographs of the bedroom areas of a housing unit.

18. Each housing unit contains its own family room featuring a sitting area, a flat-screen television and a telephone. Each unit contains a kitchenette with a refrigerator of beverages and snacks that is re-stocked twice per day. Attached hereto as Exhibits 18 and 19 are photographs of the family room of a housing unit.

19. STFRC contains open recreational areas for sports and play areas for younger children. Attached hereto as Exhibit 20 is a photograph of the recreational areas.

20. STFRC provides education by state-licensed bilingual teachers to all school-age children. The STFRC School features seven (7) classrooms with a class ratio of one teacher to twenty students. Attached hereto as Exhibits 21, 22, 23, and 24 are photographs of the classrooms of STFRC.

21. STFRC provides short-term monitored care at two locations on site so that parents can attend hearings and appointments as needed. Attached hereto as Exhibits 25 and 26 are photographs of these locations at STFRC.

22. STFRC features both recreational and law libraries for residents. There is a dedicated computer lab at the library. Attached hereto as Exhibits 27 and 28 are photographs of the library.

23.   STFRC serves three meals per day in its dining room.  The menus are approved by a dietician.  Healthy snacks and beverages are available 24 hours per day.  Attached hereto as Exhibit 29, 30 and 31 are photographs of the dining room and food service.

24.   STFRC has medical, dental and social services available for all residents.  Attached hereto as Exhibit 32 and 33 and are photographs of a medical examining/treatment room.

25.   ICE's Family Residential Centers permit free movement of residents from morning until dusk, during which times they have access to the outdoors and other areas within the facility. These areas include, but are not limited to, outdoor and indoor recreation areas, gym, library, cafeteria, common areas in residential buildings, barber/beauty grooming areas, and medical and dental clinics. Minors 12 years old and older are free to move about with a pass signed by his or her parent, and younger children are also free to move throughout the facility but must be accompanied by a parent. Each resident is screened at intake and his/her individual needs are assessed and any special requirements are incorporated into the resident's care.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 20th day of March, 2015.

Stephen M. Antkowiak
Unit Chief
Juvenile and Family Residential Management Unit
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security



EXHIBIT 2





EXHIBIT 3

EXHIBIT 4



EXHIBIT 5



EXHIBIT 6



EXHIBIT 7





EXHIBIT 8

EXHIBIT 9



EXHIBIT 10

EXHIBIT 11



EXHIBIT 12





EXHIBIT 13

EXHIBIT 14



EXHIBIT 15





EXHIBIT 16

EXHIBIT 17





EXHIBIT 18

EXHIBIT 19



EXHIBIT 20



EXHIBIT 21

EXHIBIT 22





EXHIBIT 24





EXHIBIT 25

EXHIBIT 28



EXHIBIT 27



EXHIBIT 28





EXHIBIT 29

EXHIBIT 30



EXHIBIT 31



EXHIBIT 32



EXHIBIT 33

