UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.I.L.R., *et al.*, on behalf of themselves and others similarly situated, </br></br>　　　　　Plaintiffs, </br></br>　　v. </br></br>JEH JOHNSON, Secretary of Homeland Security, *et al.*, </br></br>　　　　　Defendants. | )</br>)</br>)</br>)</br>)</br>)　　Civil Action No. 1:15-cv-00011-JEB</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**NOTICE TO THE COURT**

Defendants hereby give notice to the Court of the attached News Release being issued today regarding the Government's plans for enhanced oversight for family residential centers. In the attached, the Government announces its policy determination to discontinue, at this time, invoking deterrence as a factor in custody determinations in all cases involving families, irrespective of the outcome of this litigation. Notwithstanding this present policy determination, the Government maintains its position in this litigation that this Court lacks jurisdiction over the claims in this case, and that application of the policy was lawful at the time and would be lawful in the future if reinstated.

| | |
|---|---|
| Dated:  May 13, 2015 | Respectfully submitted, |
| RONALD C. MACHEN JR.<br>D.C. BAR # 447889<br>United States Attorney for<br>  the District of Columbia | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| DANIEL F. VAN HORN<br>Chief, Civil Division<br>D.C. Bar #924092 | LEON FRESCO<br>Deputy Assistant Attorney General<br>Civil Division |
| BY:  /s/ *Wynne P. Kelly*<br>WYNNE P. KELLY<br>Assistant United States Attorney<br>555 Fourth St., N.W.<br>Washington, D.C.  20530<br>Wynne.Kelly@usdoj.gov<br>Phone: (202) 252-2545 | WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation |
| | WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation |
| | BY:  /s/ *Sarah B. Fabian*<br>      SARAH B. FABIAN<br>      Senior Litigation Counsel<br>      District Court Section<br>      Office of Immigration Litigation<br>      Civil Division, U.S. Department of Justice<br>      P.O. Box 868, Ben Franklin Station<br>      Washington, D.C.  20044<br>      Phone: (202) 532-4824<br>      Fax: (202) 616-8962<br>      Sarah.B.Fabian@usdoj.gov |
| | Attorneys for Defendants |