**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| R.I.L.R., *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) |  |
| *Plaintiffs,* | ) ) | Civil Action No. 1:15-cv-00011 (JEB) |
| *v.* | ) ) |  |
| Jeh JOHNSON, Secretary of the Department of Homeland Security, in his official capacity, *et al.* | ) ) ) |  |
| *Defendants.* | ) ) ) ) |  |

**JOINT MOTION TO CONTINUE THE STATUS CONFERENCE OF MAY 28, 2015**

Plaintiffs and Defendants respectfully request that this Court enter an order continuing the status conference set for May 28, 2015 for a period of three (3) weeks, and rescheduling the conference for June 18, 2015, or a later date convenient to the Court. The parties are presently conferring concerning the status of the case following the Government's Notice (Dkt. No. 40), and believe that a brief continuance of the status conference will allow the parties sufficient time to engage in their discussions.

Dated: May 26, 2015

Judy Rabinovitz
Michael K.T. Tan
Anand V. Balakrishnan
Lindsay Nash
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2618

Stephen B.  Kang
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0783

Witold J.  Walczak
ACLU OF PENNSYLVANIA
313 Atwood Street
Pittsburgh, PA  15213
(412) 681-7864

Denise Gilman
IMMIGRATION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 E.  Dean Keeton St.
Austin, TX 78705
(512) 232-1292

Respectfully submitted,

 /s/ Dennis B. Auerbach
Dennis B. Auerbach (D.C. Bar No. 418982)
David M. Zionts (D.C. Bar. No. 995170)
Philip Levitz (D.C. Bar No. 1018430)
Sonia Lahr-Pastor*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C.  20001–4956
(202) 662-6000

Arthur B. Spitzer (D.C.  Bar.  No.  235960)
AMERICAN CIVIL LIBERTIES UNION OF THE
NATION'S CAPITAL
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
(202) 457-0800

Molly Tack-Hooper
ACLU OF PENNSYLVANIA
P.O.  Box 40008
Philadelphia, PA 19106
(215) 592-1513 x 113

Adriana Piñon
Rebecca L.  Robertson
ACLU OF TEXAS
1500 McGowen Street, Suite 250
Houston, Texas 77004
 (713) 942-8146

*Admitted to the Bar of the Commonwealth of
Pennsylvania, admission to the Bar of the
District of Columbia pending, and supervised
by the principals of the firm.

*Counsel for Plaintiffs*

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney for
  the District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
D.C. Bar #924092

BY: /s/ Wynne P. Kelly
WYNNE P. KELLY
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Wynne.Kelly@usdoj.gov
Phone: (202) 252-2545

BENJAMIN C. MIZER
Acting Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

BY: /s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4824
Fax: (202) 616-8962
Sarah.B.Fabian@usdoj.gov

*Counsel for Defendants*

CERTIFICATE OF SERVICE

        I hereby certify that on May 26, 2015, I electronically transmitted the attached motion using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.


Date: May 26, 2015                Signed:        /s/ Dennis B. Auerbach
                                                 Dennis B. Auerbach
                                                 (D.C. Bar No. 418982)
                                                 COVINGTON & BURLING LLP
                                                 One CityCenter
                                                 850 Tenth St., N.W.
                                                 Washington, D.C. 20001-4956
                                                 (202) 662-6000